```
                                    FILED
                              07 AUG -1 AM 8:58
                           CLERK, U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA

                           BY:  _____  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN JESUS VILLA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 06CR2506-BTM <br><br><br><br><br> **EX PARTE** ORDER APPROVING <br> INTERIM PAYMENT FOR <br> ATTORNEY GARY P. BURCHAM |

**GOOD CAUSE HAVING BEEN SHOWN**, it is ordered that Counsel Gary P. Burcham's request for an interim payment be approved.

**SO ORDERED.**

DATED: July 28, 2007

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge

```
 1  GARY P. BURCHAM
    California Bar No. 190780
 2  964 Fifth Avenue, Suite 300
    San Diego, CA 92101
 3  Telephone: (619) 699-5930

 4  Attorney for Juan Jesus Villa
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| UNITED STATES OF AMERICA, | ) Case No. 06CR2506-BTM |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| JUAN JESUS VILLA, | ) **EX PARTE** REQUEST FOR AN INTERIM VOUCHER PAYMENT FOR ATTORNEY GARY P. BURCHAM AND ORDER THEREON |
| Defendant. | ) |

Defense counsel for Mr. Villa now submits an interim voucher requesting total payment, excluding costs, in the amount of $5474.00. The reasons for requesting an interim voucher are set forth in the declaration attached to this motion.

Respectfully Submitted,

Dated: July 6, 2007

GARY P. BURCHAM
Attorney for Juan Jesus Villa

```
 1  GARY P. BURCHAM
    California Bar No. 190780
 2  964 Fifth Avenue, Suite 300
    San Diego, CA 92101
 3  Telephone: (619) 699-5930

 4  Attorney for Juan Jesus Villa
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| UNITED STATES OF AMERICA, | ) | Case No. 06CR2506-BTM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| JUAN JESUS VILLA, | ) | DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE REQUEST FOR PAYMENT OF INTERIM VOUCHER |
| Defendant. | ) | |

I, Gary P. Burcham, hereby declare under penalty of perjury:

1) I am an attorney at law duly licensed to practice in the State of California, the United States District Court for the Southern District of California, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court;

2) In November 2006, I was appointed to represent defendant Juan Jesus Villa in this case.

3) This case is a cocaine importation case involving Mr. Villa and his wife, Candelaria Sandoval.

1      4)   This case has proven to be significantly more complex than the
2 typical "border-bust" case due to the complex legal and factual issues
3 that exist in this case.

4      5) I have been working on this case since its inception in November
5 2006.  As with all cases in which I am appointed under the CJA, I have
6 attempted to represent Mr. Villa in the most economically efficient
7 manner possible.

8      6) Because there remains a substantial amount of work to do in this
9 case prior to trial which is currently set for September 2007, I am
10 submitting this interim voucher requesting payment for work already
11 performed between the periods of November 2006 and April 2007.

     I declare, under the penalty of perjury that the foregoing is true
and correct and that this declaration was executed on July 6, 2007 at San
Diego, California.

Date: 7/6/07

_____
GARY P. BURCHAM

4