FILED

2007 SEP 28 PM 3:41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 06CR2506-BTM |
|---|---|
| Plaintiff, | ) |
| v. | ) **SECOND ORDER AUTHORIZING EXTRAORDINARY INVESTIGATOR FEES** |
| JUAN JESUS VILLA | ) **(18 U.S.C. 3006A(e)(1))** |
| Defendant. | ) |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that extraordinary fees not to exceed $1,100.00, representing an additional twenty (20) hours of investigative work, are approved at this time for Private Investigator Alan Stevens, with regard to the investigation and defense of the above-entitled matter, thus approving total investigator fees not to exceed $2,700.00, at this time.

DATED: 9/27/07

HONORABLE BARRY TED MOSKOWITZ
United States District Court Judge